```
1  KAMER ZUCKER ABBOTT
   Scott M. Abbott       #4500
2  Kaitlin H. Ziegler    #13625
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel:   (702) 259-8640
4  Fax:   (702) 259-8646
   sabbott@kzalaw.com
5  kziegler@kzalaw.com

6  Attorneys for Defendant
   Boyd Gaming Corporation
7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SUSAN BEAMAN, | ) | Case No. 2:15-cv-02393-APG-VCF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| BOYD GAMING CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | *(First Request)* |

Plaintiff Susan Beaman and Defendant Boyd Gaming Corporation, by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Defendant's response to Plaintiff's Complaint from the current deadline of January 8, 2016, up to and including January 22, 2016. In support of this Stipulation and Request, the parties state as follows:

1. Defendant was served with the Summons and Complaint in this matter on December 18, 2015, rendering its response to the Complaint due by January 8, 2016.

2. Counsel for Defendant was retained in this matter while traveling and will not return to the office until January 7, 2016. Accordingly, Defendant's counsel requires the requested extension in order to conduct the diligence necessary for Defendant to respond to the Complaint.

3. Counsel for both parties have conferred regarding this request for an extension of time, and Plaintiff's counsel has indicated he has no objection to this request.

4. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay.

WHEREFORE, the parties respectfully that the Court extend the deadline for Defendant to respond to Plaintiff's Complaint, up to and including January 22, 2016.

DATED this 28th day of December, 2015.

|  |  |
|---|---|
| KIRK T. KENNEDY, ATTORNEY AT LAW | KAMER ZUCKER ABBOTT |
| By: /s/ Kirk T. Kennedy<br>Kirk T. Kennedy    #5032<br>815 South Casino Center Boulevard<br>Las Vegas, Nevada 89101<br>Tel:   (702) 385-5534<br>Fax:  (702) 385-1869<br><br>Attorney for Plaintiff | By: /s/ Kaitlin H. Ziegler<br>Scott M. Abbott    #4500<br>Kaitlin H. Ziegler    #13625<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Tel:   (702) 259-8640<br>Fax:  (702) 259-8646<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATE: December 29, 2015

_____
UNITED STATES MAGISTRATE JUDGE