KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Kaitlin H. Ziegler       #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SUSAN BEAMAN, | ) | Case No. 2:15-cv-02393-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| BOYD GAMING CORPORATION, A Nevada Corporation, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 24th day of June, 2016.

KAMER ZUCKER ABBOTT

By: /s/ Kirk T. Kennedy
    Kirk T. Kennedy　　#5032
    815 South Casino Center Blvd.
    Las Vegas, Nevada 89101
    Tel: (702) 385-5534
    Fax: (702) 385-1869

By: /s/ Kaitlin H. Ziegler
    Scott M. Abbott　　#4500
    Kaitlin H. Ziegler　　#13625
    3000 West Charleston Blvd., Suite 3
    Las Vegas, Nevada 89102
    Tel: (702) 259-8640
    Fax: (702) 259-8646

Attorney for Plaintiff

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATE: June 24, 2016

_____
UNITED STATES DISTRICT COURT JUDGE